ANGELO TARQUINIO *v.* NICHOLAS C. DIGLIO

The plaintiff's motion for a continuance of the hearing on the appeal from the Superior Court in New Haven County is denied by the court.

*Angelo Tarquinio,* in support of the motion.

*Francis J. Moran,* in opposition.

Submitted October 24—decided November 1, 1977

LOUISE LUCAS *v.* EDWARD W. MAHER, COMMISSIONER OF SOCIAL SERVICES (No. 8721)

HELEN SODERBERG *v.* EDWARD MAHER, COMMISSIONER OF SOCIAL SERVICES (No. 8722)

ANNA HARBERG *v.* EDWARD MAHER, COMMISSIONER OF SOCIAL SERVICES (No. 8724)

ANNA ROWLAND *v.* EDWARD W. MAHER, COMMISSIONER OF SOCIAL SERVICES (No. 8719)

ETTA TRAVER *v.* EDWARD W. MAHER, COMMISSIONER OF SOCIAL SERVICES (No. 8720)

MADGE TROULAND *v.* EDWARD W. MAHER, COMMISSIONER OF SOCIAL SERVICES (No. 8723)

The defendant's motions to combine the appeals and the court records from the Court of Common Pleas in New Haven County and to file one defendant's brief and one plaintiffs' brief is granted by the court to the extent that the appeals will all be heard simultaneously, that a single brief may be filed for the defendant and a single brief for all of the plaintiffs, and that short supplemental briefs may be filed by each party on matters not common to the other appeals.

*Paige J. Everin,* assistant attorney general, in support of the motions.